# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130207(63)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

LAMAR QUANTRELL ROBERTS,
     Defendant-Appellant.

SC: 130207
COA: 252100
Wayne CC: 02-014804-02

_____/

     On order of the Court, the motion for reconsideration of this Court's November 2, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

     KELLY, J., would grant the motion for reconsideration and, on reconsideration, would remand this case for correction of the judgment of sentence.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2008

_____
Clerk

d0114